UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2018 ★

LONG ISLAND OFFICE

----------------------------------------X
: 
WINDWARD BORA LLC, :
:
              Plaintiff, :
: ORDER
   -against- : 18-CV-2382 (JFB)(SIL)
:
STEVEN BONNEN, *et al.*, :
:
             Defendants. :
:
----------------------------------------X

JOSEPH F. BIANCO, District Judge:

On June 28, 2018, Magistrate Judge Locke issued a Report and Recommendation (the "R&R") recommending that the Court grant plaintiff's motion to substitute Steven Bonnen, Jr. for John Doe #1 and to remove the remaining John Doe defendants from the caption.

The Court has conducted a *de novo* review of the R&R, and adopts the R&R in its entirety. Accordingly,

IT IS HEREBY ORDERED that the motion to substitute Steven Bonnen, Jr. for John Doe #1 and to remove the remaining John Doe defendants from the caption (ECF No. 14) is granted.

IT IS FURTHER ORDERED that plaintiff serve a copy of this Order on defendants.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     July 31, 2018
              Central Islip, NY